1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

EDWIN GUTIERREZ,

        Petitioner,

v.

L.S. McEWEN, Warden,

        Respondent.

Case No. CV 12-8069-PSG (JEM)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and the Court has engaged in a de novo review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

      **IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss the Petition be granted and that Judgment be entered dismissing this action with prejudice.

DATED:   April 18, 2013

                                          PHILIP S. GUTIERREZ
                                          UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN GUTIERREZ, | ) | Case No. CV 12-8069-PSG (JEM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| L.S. McEWEN, Warden, | ) | |
| Respondent. | ) | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: April 18, 2013

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE