# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWIN GUTIERREZ, | ) ) | Case No. CV 12-8069-PSG (JEM) |
| Petitioner, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| L.S. McEWEN, Warden, | ) ) | |
| Respondent. | ) ) ) | |

   In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

   IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:  April 18, 2013

                                                        PHILIP S. GUTIERREZ
                                                        UNITED STATES DISTRICT JUDGE