# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWIN GUTIERREZ,<br><br>                Petitioner,<br><br>     v.<br><br>L.S. McEWEN, Warden,<br><br>                Respondent. | Case No. CV 12-8069-PSG (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED:   April 18, 2013

                                      PHILIP S. GUTIERREZ
                               UNITED STATES DISTRICT JUDGE